IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| RE:   TREVIAN C KUTTI ) | |
| ) | |
| Chase Home Finance LLC, ) | |
| Creditor, ) | |
| vs. ) | CASE NO. 09B26065 |
| ) | Judge Jacqueline P. Cox |
| TREVIAN C KUTTI, ) | |
| Debtor, ) | |

### ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Chase Home Finance LLC, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Chase Home Finance LLC and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 1221 North Dearborn Street Unit 1409S, Chicago, IL.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

DATED: 9-23-09            ENTERED BY: J. Cox  Jacqueline P. Cox
                                       Bankruptcy Judge Jacqueline P. Cox

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois   60602
(312) 346-9088
PA No:  09-4471