B6F (Official Form 6F) (12/07)

IN RE **Kutti, Trevian C.** _____ Case No. _____
 Debtor(s) (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1927041502224277**<br>**BA Merchant Services**<br>**Attn: KY6-200-01-32**<br>**1231 Durrent Lane**<br>**Louisville, KY 40213** | | | **Charge** | | | | **3,372.00** |
| ACCOUNT NO. **74923111829713**<br>**Bank Of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19850** | | | **Credit Purchase** | | | | **4,136.00** |
| ACCOUNT NO. **09 M1 91722370**<br>**Bean Properties LLC**<br>**C/O Pissetzky & Berliner**<br>**53 West Jackson Blvd., #1403**<br>**Chicago, IL 60604** | | | **Back Rent** | | | | **283,000.00** |
| ACCOUNT NO. **20633527**<br>**ChexSystems**<br>**Consumer Relations**<br>**7805 Hudson Rd, Ste. 100**<br>**Woodbury, MN 55125** | | | **NSF Check** | | | | **379.00** |

_____ continuation sheets attached

Subtotal (Total of this page) $ **290,887.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Kutti, Trevian C.** _____  Case No. _____
                                  Debtor(s)                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **15466160153612674** <br> **Citi Cards** <br> **Box 6000** <br> **The Lakes, NV  89163** | | | **Credit Purchase** | | | | **7,211.00** |
| ACCOUNT NO. **079235** <br> **Glassworks, Inc.** <br> **1814 Pickwick Ave.** <br> **Glenview, IL  60026** | | | **Charge** | | | | **495.00** |
| ACCOUNT NO. **4037-6600-0395-4781** <br> **Midwest Bank & Trust** <br> **Cardmember Service** <br> **P.O. Box 790408** <br> **St. Louis, MO  63179** | | | **Credit Purchase** | | | | **4,219.00** |
| ACCOUNT NO. **7500053406855** <br> **Peoples Energy** <br> **Bankruptcy Department** <br> **Chicago, IL  60687** | | | **Utility** | | | | **1,037.00** |
| ACCOUNT NO. **13822234** <br> **Protection One** <br> **P.O. Box 5714** <br> **Carol Stream, IL  60197** | | | **Charge** | | | | **169.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **13,131.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **304,018.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only